

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-144-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSE MANUEL JIMINEZ-GUERRA ) | |

For good cause shown, the government's Motion to Change Defendant's Name On Docket is hereby GRANTED. Defendant's name on the docket shall be changed to JOSE MANUEL JIMINEZ-GUERRA.

SO ORDERED this 18th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE